AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 07 CR.00971 (RPP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

NOELIA MUNOZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/18/2007 | *[signature]* |
| Date | Signature |
| | Scott B. Tulman — ST3310 |
| | Print Name — Bar Number |
| | 369 Lexington Avenue, 15th Floor |
| | Address |
| | New York — New York — 10017 |
| | City — State — Zip Code |
| | (212) 867-3600 — (212) 867-1914 |
| | Phone Number — Fax Number |