UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA,                S5 07-cr-971 (RPP)
    -v-

NOELIA MUNOZ,                            **ORDER**

        Defendant.
-----------------------------------------------------------

    The Defendant, Noeliz Munoz, having been detained without bail, upon consent of the parties it is hereby

    ORDERED, that the Defendant, Noelia Munoz be released on bail on the following combination of conditions: 1) a $250,000 Personal Recognizance Bond, cosigned by 4 Financially Responsible Persons, and secured by the sum of $25,000.00; 2) surrender of any and all travel documents with no new applications to be made for replacement documents; and, 3) travel restricted to the Southern and Eastern Districts of New York and the Southern District of Texas, and it is further,

    ORDERED, that the Defendant, Noeliz Munoz, shall not be released prior to the satisfaction of all required pre-conditions.

SO ORDERED:
8/6/08

                                        ROBERT P. PATTERSON
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/08